IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG 04 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 3:15cr59 DCB-FKB

SAMSON JENKINS a/k/a         18 U.S.C. § 2250
James William Estes, Jr.,
Jim Estes

**The Grand Jury charges:**

That from on or about September 20, 2013, continuing to on or about August 21, 2014 in Rankin County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SAMSON JENKINS a/k/a James William Estes, Jr., Jim Estes**, an individual required to register under the Sex Offender Registration and Notification Act (SORNA) by reason of a conviction for Rape under the laws of the state of Georgia, and an individual who traveled in interstate commerce after being required to register, did knowingly fail to register or update a registration as required by SORNA in violation of Section 2250, Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ____4th____ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE